IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DENNIS L. WATKINS, JR.**                                                               **PLAINTIFF**

**v.**               **CASE NO. 2:16-CV-00115 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                       **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 15] filed by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, the Commissioner's decision is reversed and remanded for an award of benefits. On remand, the Commissioner is directed to determine the appropriate date for the onset of Watkins's disability so that the proper award of benefits may be calculated.

IT IS SO ORDERED this 12th day of March 2018.

                                                                                                  _____
                                                                                 UNITED STATES DISTRICT JUDGE